UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 17-36833 |
| | § | |
| SCS CORPORATION LTD | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Ronald J. Sommers, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $1,547,833.37 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $239,233.57 | | |

3) Total gross receipts of $1,787,084.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $17.06 (see **Exhibit 2**), yielded net receipts of $1,787,066.94 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $239,308.53 | $239,308.53 | $239,233.57 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $15,044.64 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $9,779,469.24 | $1,527,473.01 | $1,497,879.77 | $1,547,833.37 |
| **Total Disbursements** | $9,794,513.88 | $1,766,781.54 | $1,737,188.30 | $1,787,066.94 |

4). This case was originally filed under chapter 7 on 12/22/2017. The case was pending for 37 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/15/2021     By: /s/ Ronald J. Sommers
                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Rights in Raw Seismic Data | 1129-000 | $450,000.00 |
| Tubulars Located In Takoradi, Ghama | 1129-000 | $55,000.00 |
| Preference payment from Houston Procurement and Logistics International, Inc. | 1141-000 | $200,000.00 |
| Settlement with Pacific Scirocco Ltd. | 1141-000 | $400,000.00 |
| Lockton Refund of Premium | 1229-000 | $71,084.00 |
| Adv. # 18-03175; RJS vs. Lloyd's Register Drilling Integrity Services | 1241-000 | $10,000.00 |
| Adv. #18-03162; RJS vs. ESeis, Inc. | 1241-000 | $38,500.00 |
| Adv. #18-03174; RJS vs. Houston Drilling Management, LLC | 1241-000 | $225,000.00 |
| Adv. #18-03177; RJS vs. Weatherford Services, Ltd. | 1241-000 | $5,000.00 |
| Adv. #18-03261; RJS vs. Tidewater Marine International, Inc., et al. | 1241-000 | $110,000.00 |
| Preference payment from Gaia Earth Sciences Limited | 1241-000 | $7,500.00 |
| Preference payment from Oceaneering International GMBH | 1241-000 | $125,000.00 |
| Preference payment fromNoordzee Helikopters Vlaanderen, NV | 1241-000 | $90,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,787,084.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Bankruptcy Estate of Hyperdynamics Corporation | Surplus Funds | 8200-002 | $17.06 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$17.06** |

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ronald J. Sommers, Trustee | 2100-000 | NA | $76,862.01 | $76,862.01 | $76,787.05 |
| International Sureties, Ltd. | 2300-000 | NA | $269.27 | $269.27 | $269.27 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Green Bank | 2600-000 | NA | $1,811.16 | $1,811.16 | $1,811.16 |
| Veritex Community Bank | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee | 3210-000 | NA | $119,438.50 | $119,438.50 | $119,438.50 |
| Attorney for Trustee | 3220-000 | NA | $14,089.85 | $14,089.85 | $14,089.85 |
| Accountant for Trustee | 3410-000 | NA | $26,692.00 | $26,692.00 | $26,692.00 |
| Accountant for Trustee | 3420-000 | NA | $145.74 | $145.74 | $145.74 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $239,308.53 | $239,308.53 | $239,233.57 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rokiatou Kadiatou Kaba | 5800-000 | $7,124.64 | $0.00 | $0.00 | $0.00 |
| | Thierno Abbas Balde | 5800-000 | $7,920.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $15,044.64 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | STAG Geological Services Ltd | 7100-000 | $43,995.83 | $43,995.83 | $43,995.83 | $43,995.83 |
| 2 | Thierno Abbas Balde | 7100-000 | $0.00 | $24,011.00 | $24,011.00 | $17,188.13 |
| 3 | Houston Procurement & Logistics | 7100-000 | $14,526.28 | $29,593.24 | $0.00 | $0.00 |
| 4 | Gaia Earth Sciences Limited | 7100-000 | $24,436.91 | $24,436.91 | $24,436.91 | $24,436.91 |
| 5 | Noordzee Helikopters Vlaanderen, NV | 7100-000 | $1,059,341.25 | $1,166,936.03 | $1,166,936.03 | $1,166,936.03 |
| 6 | Houston Procurement & Logistics International | 7100-000 | $0.00 | $200,000.00 | $200,000.00 | $200,000.00 |
| 7 | eSeis Inc. | 7100-000 | $0.00 | $38,500.00 | $38,500.00 | $38,500.00 |
| | eSeis, Inc. | 7990-000 | $0.00 | $0.00 | $0.00 | $1,271.29 |
| | Gaia Earth | 7990-000 | $0.00 | $0.00 | $0.00 | $815.03 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Sciences Limited | | | | | |
| Houston Procurement & Logistics International | 7990-000 | $0.00 | $0.00 | $0.00 | $6,604.11 |
| Noordzee Helikopters Vlaanderen, NV | 7990-000 | $0.00 | $0.00 | $0.00 | $38,920.02 |
| STAG Geological Services Ltd | 7990-000 | $0.00 | $0.00 | $0.00 | $1,467.37 |
| Thierno Abbas Balde | 7990-000 | $0.00 | $0.00 | $0.00 | $7,698.65 |
| 1CM Cote D'Ivoice S.A | 7100-000 | $473,526.95 | $0.00 | $0.00 | $0.00 |
| Aberdeen Drilling Consultant | 7100-000 | $24,650.66 | $0.00 | $0.00 | $0.00 |
| ABZ Airborne | 7100-000 | $35,622.88 | $0.00 | $0.00 | $0.00 |
| Aviation Management Systems Ltd | 7100-000 | $15,503.91 | $0.00 | $0.00 | $0.00 |
| Bayfield Oil Services | 7100-000 | $43,475.00 | $0.00 | $0.00 | $0.00 |
| CCI Services Corp. | 7100-000 | $43,167.11 | $0.00 | $0.00 | $0.00 |
| DLA Piper France LLP | 7100-000 | $23,028.00 | $0.00 | $0.00 | $0.00 |
| Dril-Quip (Europe) Limited | 7100-000 | $203,270.26 | $0.00 | $0.00 | $0.00 |
| ERNST & YOUNG, LLP | 7100-000 | $1,210.00 | $0.00 | $0.00 | $0.00 |
| eSeis, Inc | 7100-000 | $148,750.00 | $0.00 | $0.00 | $0.00 |
| Exclusif Hyper Marche Bobo | 7100-000 | $202.46 | $0.00 | $0.00 | $0.00 |
| Franks Intl West Africa Ltd | 7100-000 | $479,278.44 | $0.00 | $0.00 | $0.00 |
| Fugro GB Marine | 7100-000 | $6,120.00 | $0.00 | $0.00 | $0.00 |
| Fugro Topnav SAS | 7100-000 | $30,190.00 | $0.00 | $0.00 | $0.00 |
| Genesis Tubulars Limited | 7100-000 | $260,120.77 | $0.00 | $0.00 | $0.00 |
| Group Delta Log Guinea Global | 7100-000 | $1,206.15 | $0.00 | $0.00 | $0.00 |
| GUI Services SARL | 7100-000 | $4,395.92 | $0.00 | $0.00 | $0.00 |
| Houston Drilling Management, LLC | 7100-000 | $644,206.47 | $0.00 | $0.00 | $0.00 |
| Kaba, Rokiatou Kadiatou | 7100-000 | $8,541.76 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Lloyds Register Drilling Integrity | 7100-000 | $148,397.87 | $0.00 | $0.00 | $0.00 |
| Lockton Companies LLC | 7100-000 | $491,260.00 | $0.00 | $0.00 | $0.00 |
| Noble Denton Consultants LTD | 7100-000 | $416.59 | $0.00 | $0.00 | $0.00 |
| Noom Hotel Conakry | 7100-000 | $7,177.89 | $0.00 | $0.00 | $0.00 |
| Normarco AS | 7100-000 | $61,213.56 | $0.00 | $0.00 | $0.00 |
| NOV LX Systems (Varco) - UK Div | 7100-000 | $47,800.00 | $0.00 | $0.00 | $0.00 |
| OBT Shipping SA | 7100-000 | $139,894.21 | $0.00 | $0.00 | $0.00 |
| Oceaneering Intâ€™l GmbH | 7100-000 | $217,184.00 | $0.00 | $0.00 | $0.00 |
| Oil Spill Response Limited | 7100-000 | $32,502.35 | $0.00 | $0.00 | $0.00 |
| PACIFIC SCIROCCO LTD. | 7100-000 | $2,785,299.81 | $0.00 | $0.00 | $0.00 |
| Restaurant Avenue | 7100-000 | $613.25 | $0.00 | $0.00 | $0.00 |
| Schlumberger Oilfield Eastern Ltd | 7100-000 | $376,919.14 | $0.00 | $0.00 | $0.00 |
| Sierra Hamilton | 7100-000 | $20,250.00 | $0.00 | $0.00 | $0.00 |
| Specialised Vessel Services Ltd | 7100-000 | $46,817.90 | $0.00 | $0.00 | $0.00 |
| Sterling Trust Cayman Ltd. | 7100-000 | $2,970.12 | $0.00 | $0.00 | $0.00 |
| SUNU ASSURANCE | 7100-000 | $11,681.50 | $0.00 | $0.00 | $0.00 |
| Tidewater Marine Intl Ltd | 7100-000 | $178,611.17 | $0.00 | $0.00 | $0.00 |
| Topaz Energy & Marine Limited | 7100-000 | $323,590.73 | $0.00 | $0.00 | $0.00 |
| Troms Offshore Fleet 2 AS | 7100-000 | $1,121,827.55 | $0.00 | $0.00 | $0.00 |
| UNITEDLEX US | 7100-000 | $4,374.59 | $0.00 | $0.00 | $0.00 |
| Weatherford Services Ltd. | 7100-000 | $94,730.00 | $0.00 | $0.00 | $0.00 |
| Wild Well Control | 7100-000 | $47,170.00 | $0.00 | $0.00 | $0.00 |
| Youssef lssaoui | 7100-000 | $30,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $9,779,469.24 | $1,527,473.01 | $1,497,879.77 | $1,547,833.37 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 17-36833-H4-7 | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|
| Case Name: | SCS CORPORATION LTD | Date Filed (f) or Converted (c): | 12/22/2017 (f) |
| For the Period Ending: | 1/15/2021 | §341(a) Meeting Date: | 03/07/2018 |
| | | Claims Bar Date: | 04/10/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Office Equipment | $0.00 | $0.00 | | $0.00 | FA |
| 2  Rights in Raw Seismic Data | Unknown | $450,000.00 | | $450,000.00 | FA |
| 3  Tubulars Located In Takoradi, Ghama | Unknown | $55,000.00 | | $55,000.00 | FA |
| 4  Adv. #18-03162; RJS vs. ESeis, Inc. (u) | $0.00 | $38,500.00 | | $38,500.00 | FA |
| 5  Adv. #18-03163; RJS vs. OBT Shipping Guynea SA (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes:    #100 01/22/19 - Resolution was withdrawing claims | | | | | |
| 6  Adv. #18-03174; RJS vs. Houston Drilling Management, LLC (u) | $0.00 | $225,000.00 | | $225,000.00 | FA |
| 7  Adv. # 18-03175; RJS vs. Lloyd's Register Drilling Integrity Services (u) | $0.00 | $10,000.00 | | $10,000.00 | FA |
| 8  Adv. 18-03176; RJS vs. GUI-Services SARL (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes:    Default Judgment Obtained-Uncollectible | | | | | |
| 9  Adv. #18-03177; RJS vs. Weatherford Services, Ltd. (u) | $0.00 | $5,000.00 | | $5,000.00 | FA |
| 10  Adv. #18-03261; RJS vs. Tidewater Marine International, Inc., et al. | $0.00 | $110,000.00 | | $110,000.00 | FA |
| Asset Notes:    Mtn to Dismiss Pending | | | | | |
| 11  Preference payment from Oceaneering International GMBH | $0.00 | $125,000.00 | | $125,000.00 | FA |
| 12  Preference payment from Houston Procurement and Logistics International, Inc. (u) | $0.00 | $200,000.00 | | $200,000.00 | FA |
| 13  Preference Payment from Stag Geological Services (u) | $0.00 | $0.00 | | $0.00 | FA |
| 14  Preference payment from Gaia Earth Sciences Limited (u) | $0.00 | $7,500.00 | | $7,500.00 | FA |
| 15  Settlement with Pacific Scirocco Ltd. (u) | $0.00 | $400,000.00 | | $400,000.00 | FA |
| 16  Preference payment fromNoordzee Helikopters Vlaanderen, NV (u) | $0.00 | $90,000.00 | | $90,000.00 | FA |
| 17  Lockton Refund of Premium (u) | $0.00 | $71,804.00 | | $71,084.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit 8

| Case No.: | 17-36833-H4-7 | | Trustee Name: | Ronald J. Sommers |
| Case Name: | SCS CORPORATION LTD | | Date Filed (f) or Converted (c): | 12/22/2017 (f) |
| For the Period Ending: | 1/15/2021 | | §341(a) Meeting Date: | 03/07/2018 |
| | | | Claims Bar Date: | 04/10/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**TOTALS (Excluding unknown value)**

**Gross Value of Remaining Assets**

$0.00     $1,787,804.00          $1,787,084.00     $0.00

**Major Activities affecting case closing:**

| 01/15/2021 | TDR SUBMITTED |
| 07/17/2020 | An unexpected refund of an insurance premium was received after the final distribution was made. Amended TFR has been submitted. |
| 04/09/2020 | TFR SUBMITTED |
| 03/30/2019 | Three motions to compromise are pending which will close the three remaining adversaries. |

| **Initial Projected Date Of Final Report (TFR):** | 12/15/2019 | **Current Projected Date Of Final Report (TFR):** | 07/31/2020 | /s/ RONALD J. SOMMERS |
| | | | | RONALD J. SOMMERS |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-36833-H4-7 | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|
| Case Name: | SCS CORPORATION LTD | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9253 | Checking Acct #: | ******3301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | CHK |
| For Period Beginning: | 12/22/2017 | Blanket bond (per case limit): | $6,311,062.50 |
| For Period Ending: | 1/15/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/10/2018 | | Snow Spence Green | #27 03/12/18 Sale of Seismic to CLNG, Ltd. | * | $90,000.00 | | $90,000.00 |
| | {2} | | Rights to Seismic Data $54,000.00 | 1129-000 | | | $90,000.00 |
| | {2} | | All Rights associated with deep water drilling $22,500.00 | 1129-000 | | | $90,000.00 |
| | {2} | | Corporate Documentation of SCS $13,500.00 | 1129-000 | | | $90,000.00 |
| 04/11/2018 | (3) | Genesis Tubulars Limited | #30 03/20/18 Sale of Material | 1129-000 | $55,000.00 | | $145,000.00 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $150.95 | $144,849.05 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $233.74 | $144,615.31 |
| 06/28/2018 | (10) | Snow Spence Green LLP | Preference payment from Stag Geological Services Ltd. | 1241-000 | $20,000.00 | | $164,615.31 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $237.52 | $164,377.79 |
| 07/10/2018 | (11) | Snow Spence Green LLP | Oceaneering International GmbH Preference Payment | 1241-000 | $125,000.00 | | $289,377.79 |
| 07/26/2018 | 1000 | Snow Spence Green LLP | #62 07/26/18 Attorney Fees & Expenses | * | | $39,356.37 | $250,021.42 |
| | | | $(35,862.00) | 3210-000 | | | $250,021.42 |
| | | | $(3,494.37) | 3220-000 | | | $250,021.42 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $393.34 | $249,628.08 |
| 08/01/2018 | (12) | Crady Jewett & McCulley LLP IOLTA | #68 07/31/18 Settlement with Houston Procurement and Logistics International, Inc. | 1141-000 | $200,000.00 | | $449,628.08 |
| 08/14/2018 | (14) | Snow Spence Green LLP | #67 07/31/18 Gaia Earth Sciences Limited's Settlement payment | 1241-000 | $7,500.00 | | $457,128.08 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $795.61 | $456,332.47 |
| 09/27/2018 | (7) | Snow Spence Green LLP | #39 09/17/18 Settlement with Lloyd's Register Drilling Integrity Services LLC | 1241-000 | $10,000.00 | | $466,332.47 |
| 10/25/2018 | 1001 | International Sureties, Ltd. | Pro rata portion of Chapter 7 Trustee bond | 2300-000 | | $119.49 | $466,212.98 |
| 12/12/2018 | (15) | Snow Spence Green LLP | #85 11/16/18 Settlement with Pacific Scirocco Ltd. | 1141-000 | $400,000.00 | | $866,212.98 |
| | | | SUBTOTALS | | $907,500.00 | $41,287.02 | |

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-36833-H4-7 | | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|---|
| Case Name: | SCS CORPORATION LTD | | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9253 | | | Checking Acct #: | ******3301 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | CHK |
| For Period Beginning: | 12/22/2017 | | | Blanket bond (per case limit): | $6,311,062.50 |
| For Period Ending: | 1/15/2021 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/18/2018 | (16) | Snow Spence Green LLP | #83 11/14/18<br>Settlement with Noordzee Helikopters Vlaanderen, NV | 1241-000 | $90,000.00 | | $956,212.98 |
| 01/31/2019 | (2) | Snow Spence Green LLP | #27 03/12/18<br>Sale Proceeds of 90% Equity interest in CLNG | 1229-000 | $360,000.00 | | $1,316,212.98 |
| 03/12/2019 | 1002 | Snow Spence Green LLP | #107 03/12/19<br>Attorney Fees & Expenses | * | | $66,735.20 | $1,249,477.78 |
| | | | $(59,048.00) | 3210-000 | | | $1,249,477.78 |
| | | | $(7,687.20) | 3220-000 | | | $1,249,477.78 |
| 04/30/2019 | (4) | Snow Spence Green LLP IOLTA Account | #118 04/2219<br>Settlement with Eseis, Inc. | 1241-000 | $38,500.00 | | $1,287,977.78 |
| 04/30/2019 | (6) | Snow Spence Green LLP IOLTA Account | #119 04/22/19<br>Settlement with Houston Drilling Management | 1241-000 | $225,000.00 | | $1,512,977.78 |
| 04/30/2019 | (9) | Snow Spence Green LLP IOLTA Account | #117 04/22/19<br>Settlement with Weatherford | 1241-000 | $5,000.00 | | $1,517,977.78 |
| 08/05/2019 | (10) | Snow Spence Green LLP | Settlement with Tidewater | 1241-000 | $90,000.00 | | $1,607,977.78 |
| 08/13/2019 | 1003 | STAG Geological Services Ltd | #135 08/12/19<br>70% Pro Rata Distribution of General Unsecured Claim<br>#111 04/16/19 - authorization to pay by wire transfer | 7100-000 | | $30,797.08 | $1,577,180.70 |
| 08/13/2019 | 1004 | Thierno Abbas Balde | #135 08/12/19<br>70% Pro Rata Distribution of General Unsecured Claim<br>#111 04/16/19 - authorization to pay by wire transfer | 7100-000 | | $16,807.70 | $1,560,373.00 |
| 08/13/2019 | 1005 | Gaia Earth Sciences Limited | #135 08/12/19<br>70% Pro Rata Distribution of General Unsecured Claim<br>#111 04/16/19 - authorization to pay by wire transfer | 7100-000 | | $17,105.84 | $1,543,267.16 |
| 08/13/2019 | 1006 | Noordzee Helikopters Vlaanderen, NV | #135 08/12/19<br>70% Pro Rata Distribution of General Unsecured Claim<br>#111 04/16/19 - authorization to pay by wire transfer | 7100-000 | | $816,855.22 | $726,411.94 |
| 08/13/2019 | 1007 | Houston Procurement and Logistics | #135 08/12/19<br>70% Pro Rata Distribution of General Unsecured Claim | 7100-000 | | $140,000.00 | $586,411.94 |
| 08/13/2019 | 1008 | eSeis Inc. | #135 08/12/19<br>70% Pro Rata Distribution of General Unsecured Claim | 7100-000 | | $26,950.00 | $559,461.94 |
| | | | SUBTOTALS | | $808,500.00 | $1,115,251.04 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-36833-H4-7 | | | Trustee Name: | Ronald J. Sommers |
| --- | --- | --- | --- | --- | --- |
| Case Name: | SCS CORPORATION LTD | | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9253 | | | Checking Acct #: | ******3301 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | CHK |
| For Period Beginning: | 12/22/2017 | | | Blanket bond (per case limit): | $6,311,062.50 |
| For Period Ending: | 1/15/2021 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/14/2019 | 1003 | VOID: STAG Geological Services Ltd | Check not printed-voided before printed because I remembered we have authority to wire these funds | 7100-003 | | ($30,797.08) | $590,259.02 |
| 08/14/2019 | 1004 | VOID: Thierno Abbas Balde | Check not printed-voided before printed because I remembered we have authority to wire these funds | 7100-003 | | ($16,807.70) | $607,066.72 |
| 08/14/2019 | 1005 | VOID: Gaia Earth Sciences Limited | Check not printed-voided before printed because I remembered we have authority to wire these funds | 7100-003 | | ($17,105.84) | $624,172.56 |
| 08/14/2019 | 1006 | VOID: Noordzee Helikopters Vlaanderen, NV | Check not printed-voided before printed because I remembered we have authority to wire these funds | 7100-003 | | ($816,855.22) | $1,441,027.78 |
| 08/23/2019 | | STAG Geological Services Ltd | #135 08/12/19<br>70% Pro Rata Distribution of General Unsecured Claim<br>#111 04/16/19 - authorization to pay by wire transfer | 7100-000 | | $30,797.08 | $1,410,230.70 |
| 08/23/2019 | | Thierno Abbas Balde | #135 08/12/19<br>70% Pro Rata Distribution of General Unsecured Claim<br>#111 04/16/19 - authorization to pay by wire transfer | 7100-000 | | $16,807.70 | $1,393,423.00 |
| 08/23/2019 | | Gaia Earth Sciences Limited | #135 08/12/19<br>70% Pro Rata Distribution of General Unsecured Claim<br>#111 04/16/19 - authorization to pay by wire transfer | 7100-000 | | $17,105.84 | $1,376,317.16 |
| 08/23/2019 | | Noordzee Helikopters Vlaanderen, NV | #135 08/12/19<br>70% Pro Rata Distribution of General Unsecured Claim<br>#111 04/16/19 - authorization to pay by wire transfer | 7100-000 | | $816,855.22 | $559,461.94 |
| 08/23/2019 | 1009 | William G. West, CPA | #137 08/23/19<br>Accountant Fees & Expenses | * | | $26,837.74 | $532,624.20 |
| | | | $(26,692.00) | 3410-000 | | | $532,624.20 |
| | | | $(145.74) | 3420-000 | | | $532,624.20 |
| 09/03/2019 | 1010 | Snow Spence Green LLP | #143 09/03/19<br>Attorney Fees & Expenses | * | | $27,436.78 | $505,187.42 |
| | | | $(24,528.50) | 3210-000 | | | $505,187.42 |
| | | | $(2,908.28) | 3220-000 | | | $505,187.42 |
| 10/10/2019 | 1011 | International Sureties, Ltd. | Pro Rate Portion of Chapter 7 Trustee Bond | 2300-000 | | $149.78 | $505,037.64 |
| 07/01/2020 | 1012 | Ronald J. Sommers | Trustee Compensation | 2100-000 | | $74,730.00 | $430,307.64 |

|  |  |  | SUBTOTALS | | $0.00 | $129,154.30 |
| --- | --- | --- | --- | --- | --- | --- |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-36833-H4-7 | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|
| Case Name: | SCS CORPORATION LTD | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9253 | | Checking Acct #: | ******3301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHK |
| For Period Beginning: | 12/22/2017 | | Blanket bond (per case limit): | $6,311,062.50 |
| For Period Ending: | 1/15/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/01/2020 | 1013 | STAG Geological Services Ltd | Final Distribution on Claim #: 1; Amount Claimed: 43,995.83; Amount Allowed: 43,995.83; Claim #: 1; | 7100-000 | | $12,639.03 | $417,668.61 |
| 07/01/2020 | 1014 | Thierno Abbas Balde | Final Distribution on Claim #: 2; Amount Claimed: 24,011.00; Amount Allowed: 24,011.00; Claim #: 2; | 7100-000 | | $6,897.83 | $410,770.78 |
| 07/01/2020 | 1015 | Gaia Earth Sciences Limited | Final Distribution on Claim #: 4; Amount Claimed: 24,436.91; Amount Allowed: 24,436.91; Claim #: 4; | 7100-000 | | $7,020.18 | $403,750.60 |
| 07/01/2020 | 1016 | Noordzee Helikopters Vlaanderen, NV | Final Distribution on Claim #: 5; Amount Claimed: 1,166,936.03; Amount Allowed: 1,166,936.03; Claim #: 5; | 7100-000 | | $335,234.84 | $68,515.76 |
| 07/01/2020 | 1017 | Houston Procurement & Logistics International | Final Distribution on Claim #: 6; Amount Claimed: 200,000.00; Amount Allowed: 200,000.00; Claim #: 6; | 7100-000 | | $57,455.56 | $11,060.20 |
| 07/01/2020 | 1018 | eSeis, Inc. | Final Distribution on Claim #: 7; Amount Claimed: 38,500.00; Amount Allowed: 38,500.00; Claim #: 7; | 7100-000 | | $11,060.20 | $0.00 |
| 07/10/2020 | (17) | Lockton | Refund of Premium | 1229-000 | $71,084.00 | | $71,084.00 |
| 09/16/2020 | 1019 | Ronald J. Sommers | Trustee Compensation | 2100-000 | | $2,132.01 | $68,951.99 |
| 09/16/2020 | 1020 | Bankruptcy Estate of Hyperdynamics Corporation | Final Distribution on Claim #: ; Amount Claimed: 17.06; Amount Allowed: 17.06; Claim #: ; | 8200-002 | | $17.06 | $68,934.93 |
| 09/16/2020 | 1021 | STAG Geological Services Ltd | Final Distribution on Claim #: 1; Amount Claimed: 43,995.83; Amount Allowed: 43,995.83; Claim #: 1; | * | | $2,027.09 | $66,907.84 |
| | | | Claim Amount                     $(559.72) | 7100-000 | | | $66,907.84 |
| | | | Interest                         $(1,467.37) | 7990-000 | | | $66,907.84 |
| 09/16/2020 | 1022 | Thierno Abbas Balde | Final Distribution on Claim #: 2; Amount Claimed: 24,011.00; Amount Allowed: 24,011.00; Claim #: 2; | * | | $1,106.29 | $65,801.55 |
| | | | Claim Amount                     $(305.47) | 7100-000 | | | $65,801.55 |
| | | | Interest                         $(800.82) | 7990-000 | | | $65,801.55 |
| 09/16/2020 | 1023 | Gaia Earth Sciences Limited | Final Distribution on Claim #: 4; Amount Claimed: 24,436.91; Amount Allowed: 24,436.91; Claim #: 4; | * | | $1,125.92 | $64,675.63 |
| | | | Claim Amount                     $(310.89) | 7100-000 | | | $64,675.63 |
| | | | Interest                         $(815.03) | 7990-000 | | | $64,675.63 |

|  |  |  |  | **SUBTOTALS** | **$71,084.00** | **$436,716.01** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-36833-H4-7 | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|
| Case Name: | SCS CORPORATION LTD | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9253 | | Checking Acct #: | ******3301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHK |
| For Period Beginning: | 12/22/2017 | | Blanket bond (per case limit): | $6,311,062.50 |
| For Period Ending: | 1/15/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/16/2020 | 1024 | Noordzee Helikopters Vlaanderen, NV | Final Distribution on Claim #: 5; Amount Claimed: 1,166,936.03; Amount Allowed: 1,166,936.03; Claim #: 5; | * | | $53,765.99 | $10,909.64 |
| | | | Claim Amount $(14,845.97) | 7100-000 | | | $10,909.64 |
| | | | Interest $(38,920.02) | 7990-000 | | | $10,909.64 |
| 09/16/2020 | 1025 | Houston Procurement & Logistics International | Final Distribution on Claim #: 6; Amount Claimed: 200,000.00; Amount Allowed: 200,000.00; Claim #: 6; | * | | $9,148.55 | $1,761.09 |
| | | | Claim Amount $(2,544.44) | 7100-000 | | | $1,761.09 |
| | | | Interest $(6,604.11) | 7990-000 | | | $1,761.09 |
| 09/16/2020 | 1026 | eSeis, Inc. | Final Distribution on Claim #: 7; Amount Claimed: 38,500.00; Amount Allowed: 38,500.00; Claim #: 7; | * | | $1,761.09 | $0.00 |
| | | | Claim Amount $(489.80) | 7100-000 | | | $0.00 |
| | | | Interest $(1,271.29) | 7990-000 | | | $0.00 |
| 10/26/2020 | | Orabank | Return of wire fee from wire sent 07/07/20 | 7100-000 | | $74.96 | ($74.96) |
| 10/26/2020 | 1014 | VOID: Thierno Abbas Balde | Return wire on 07/21/20 | 7100-003 | | ($6,897.83) | $6,822.87 |
| 10/26/2020 | 1019 | VOID: Ronald J. Sommers | | 2100-003 | | ($2,132.01) | $8,954.88 |
| 10/26/2020 | 1020 | VOID: Bankruptcy Estate of Hyperdynamics Corporation | | 8200-003 | | ($17.06) | $8,971.94 |
| 10/26/2020 | 1021 | VOID: STAG Geological Services Ltd | | * | | ($2,027.09) | $10,999.03 |
| | | | Claim Amount $559.72 | 7100-003 | | | $10,999.03 |
| | | | Interest $1,467.37 | 7990-003 | | | $10,999.03 |
| 10/26/2020 | 1022 | VOID: Thierno Abbas Balde | Void Check to include previous returned wire less the $74.96 charged by the receiving bank | * | | ($1,106.29) | $12,105.32 |
| | | | Claim Amount $305.47 | 7100-003 | | | $12,105.32 |
| | | | Interest $800.82 | 7990-003 | | | $12,105.32 |
| 10/26/2020 | 1023 | VOID: Gaia Earth Sciences Limited | | * | | ($1,125.92) | $13,231.24 |
| | | | Claim Amount $310.89 | 7100-003 | | | $13,231.24 |
| | | | Interest $815.03 | 7990-003 | | | $13,231.24 |
| | | | **SUBTOTALS** | | $0.00 | $51,444.39 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-36833-H4-7 | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|
| Case Name: | SCS CORPORATION LTD | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9253 | | Checking Acct #: | ******3301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHK |
| For Period Beginning: | 12/22/2017 | | Blanket bond (per case limit): | $6,311,062.50 |
| For Period Ending: | 1/15/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/26/2020 | 1024 | VOID: Noordzee Helikopters Vlaanderen, NV | | * | | ($53,765.99) | $66,997.23 |
| | | | Claim Amount $14,845.97 | 7100-003 | | | $66,997.23 |
| | | | Interest $38,920.02 | 7990-003 | | | $66,997.23 |
| 10/26/2020 | 1025 | VOID: Houston Procurement & Logistics International | | * | | ($9,148.55) | $76,145.78 |
| | | | Claim Amount $2,544.44 | 7100-003 | | | $76,145.78 |
| | | | Interest $6,604.11 | 7990-003 | | | $76,145.78 |
| 10/26/2020 | 1026 | VOID: eSeis, Inc. | | * | | ($1,761.09) | $77,906.87 |
| | | | Claim Amount $489.80 | 7100-003 | | | $77,906.87 |
| | | | Interest $1,271.29 | 7990-003 | | | $77,906.87 |
| 10/26/2020 | 1027 | Thierno Abbas Balde | 1st Distribution: #6,897.83 less the returned wire fee charged - 74.96 = $6,822.87<br>2nd Distribution: 800.82 + Interest $305.47 = $1,106.29<br>Combined: $6,822.87 + $1,106.29=$7,929.16 | * | | $7,929.16 | $69,977.71 |
| | | | Claim Amount $(305.47) | 7100-000 | | | $69,977.71 |
| | | | Interest $(7,623.69) | 7990-000 | | | $69,977.71 |
| 10/26/2020 | 1027 | VOID: Thierno Abbas Balde | | * | | ($7,929.16) | $77,906.87 |
| | | | Claim Amount $305.47 | 7100-003 | | | $77,906.87 |
| | | | Interest $7,623.69 | 7990-003 | | | $77,906.87 |
| 10/26/2020 | 1028 | STAG Geological Services Ltd | Final Distribution on Claim #: 1; Amount Claimed: 43,995.83; Amount Allowed: 43,995.83; Claim #: 1; | * | | $2,027.09 | $75,879.78 |
| | | | Claim Amount $(559.72) | 7100-000 | | | $75,879.78 |
| | | | Interest $(1,467.37) | 7990-000 | | | $75,879.78 |
| 10/26/2020 | 1029 | Noordzee Helikopters Vlaanderen, NV | Final Distribution on Claim #: 5; Amount Claimed: 1,166,936.03; Amount Allowed: 1,166,936.03; Claim #: 5; | * | | $53,765.99 | $22,113.79 |
| | | | Claim Amount $(14,845.97) | 7100-000 | | | $22,113.79 |
| | | | Interest $(38,920.02) | 7990-000 | | | $22,113.79 |

|  |  | SUBTOTALS | $0.00 | ($8,882.55) |
|---|---|---|---|---|

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-36833-H4-7 | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|
| Case Name: | SCS CORPORATION LTD | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9253 | | Checking Acct #: | ******3301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHK |
| For Period Beginning: | 12/22/2017 | | Blanket bond (per case limit): | $6,311,062.50 |
| For Period Ending: | 1/15/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/26/2020 | 1030 | Gaia Earth Sciences Limited | Final Distribution on Claim #: 4; Amount Claimed: 24,436.91; Amount Allowed: 24,436.91; Claim #: 4; | * | | $1,125.92 | $20,987.87 |
| | | | Claim Amount $(310.89) | 7100-000 | | | $20,987.87 |
| | | | Interest $(815.03) | 7990-000 | | | $20,987.87 |
| 10/26/2020 | 1031 | Ronald J. Sommers | Trustee Compensation | 2100-000 | | $2,132.01 | $18,855.86 |
| 10/26/2020 | 1031 | VOID: Ronald J. Sommers | | 2100-003 | | ($2,132.01) | $20,987.87 |
| 10/26/2020 | 1032 | Bankruptcy Estate of Hyperdynamics Corporation | Final Distribution on Claim #: ; Amount Claimed: 17.06; Amount Allowed: 17.06; Claim #: ; | 8200-002 | | $17.06 | $20,970.81 |
| 10/26/2020 | 1033 | Houston Procurement & Logistics International | Final Distribution on Claim #: 6; Amount Claimed: 200,000.00; Amount Allowed: 200,000.00; Claim #: 6; | * | | $9,148.55 | $11,822.26 |
| | | | Claim Amount $(2,544.44) | 7100-000 | | | $11,822.26 |
| | | | Interest $(6,604.11) | 7990-000 | | | $11,822.26 |
| 10/26/2020 | 1034 | eSeis, Inc. | Final Distribution on Claim #: 7; Amount Claimed: 38,500.00; Amount Allowed: 38,500.00; Claim #: 7; | * | | $1,761.09 | $10,061.17 |
| | | | Claim Amount $(489.80) | 7100-000 | | | $10,061.17 |
| | | | Interest $(1,271.29) | 7990-000 | | | $10,061.17 |
| 10/26/2020 | 1035 | Ronald J. Sommers | Trustee Compensation | 2100-000 | | $2,057.05 | $8,004.12 |
| 10/26/2020 | 1036 | Thierno Abbas Balde | 1st Distribution: #6,897.83  2nd Distribution: 800.82 + Interest $305.47 = $1,106.29 | * | | $8,004.12 | $0.00 |
| | | | Claim Amount $(305.47) | 7100-000 | | | $0.00 |
| | | | Interest $(7,698.65) | 7990-000 | | | $0.00 |
| 10/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $109.49 | ($109.49) |
| 11/02/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | ($109.49) | $0.00 |

SUBTOTALS $0.00  $22,113.79

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-36833-H4-7 | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|
| Case Name: | SCS CORPORATION LTD | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9253 | Checking Acct #: | ******3301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | CHK |
| For Period Beginning: | 12/22/2017 | Blanket bond (per case limit): | $6,311,062.50 |
| For Period Ending: | 1/15/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $1,787,084.00 | $1,787,084.00 | $0.00 |
|  |  |  | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
|  |  |  | Subtotal | | $1,787,084.00 | $1,787,084.00 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $17.06 | |
|  |  |  | Net | | $1,787,084.00 | $1,787,066.94 | |

| For the period of 12/22/2017 to 1/15/2021 | | For the entire history of the account between 04/04/2018 to 1/15/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,787,084.00 | Total Compensable Receipts: | $1,787,084.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,787,084.00 | Total Comp/Non Comp Receipts: | $1,787,084.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,787,049.88 | Total Compensable Disbursements: | $1,787,049.88 |
| Total Non-Compensable Disbursements: | $34.12 | Total Non-Compensable Disbursements: | $34.12 |
| Total Comp/Non Comp Disbursements: | $1,787,084.00 | Total Comp/Non Comp Disbursements: | $1,787,084.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 9    Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-36833-H4-7 | Trustee Name: | Ronald J. Sommers |
| --- | --- | --- | --- |
| Case Name: | SCS CORPORATION LTD | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9253 | Checking Acct #: | ******3301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | CHK |
| For Period Beginning: | 12/22/2017 | Blanket bond (per case limit): | $6,311,062.50 |
| For Period Ending: | 1/15/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- |
| | $1,787,084.00 | $1,787,084.00 | $0.00 |

**For the period of 12/22/2017 to 1/15/2021**

| | |
| --- | --- |
| Total Compensable Receipts: | $1,787,084.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,787,084.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $1,787,049.88 |
| Total Non-Compensable Disbursements: | $34.12 |
| Total Comp/Non Comp Disbursements: | $1,787,084.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/22/2017 to 1/15/2021**

| | |
| --- | --- |
| Total Compensable Receipts: | $1,787,084.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,787,084.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $1,787,049.88 |
| Total Non-Compensable Disbursements: | $34.12 |
| Total Comp/Non Comp Disbursements: | $1,787,084.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ RONALD J. SOMMERS

RONALD J. SOMMERS